

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00800-CV

**IN THE INTEREST OF A.C.V.**

From the 452nd District Court, Kimble County, Texas
Trial Court No. DCV-2017-1754
Honorable Robert Hofmann, Judge Presiding

PER CURIAM

Sitting:  Irene Rios, Justice
     Beth Watkins, Justice
     Liza A. Rodriguez, Justice

Delivered and Filed: January 16, 2019

DISMISSED FOR LACK OF JURISDICTION

Appellant Mother seeks to appeal from a trial court order terminating her parental rights. The trial court signed the final judgment terminating Mother's parental rights on August 30, 2018.

An appeal from an order terminating parental rights is an accelerated appeal. TEX. FAM. CODE ANN. § 109.002, § 263.405(a) (West 2014) (establishing that appeals from final termination orders are accelerated and governed by appellate procedures for accelerated appeals). Under the Texas Rules of Appellate Procedure, "an accelerated appeal is perfected by filing a notice of appeal in compliance with Rule 25.1 within the time allowed by Rule 26.1(b) or as extended by Rule 26.3." TEX. R. APP. P. 28.1(b). The Rules further state, "Filing a motion for new trial, any other post-trial motion, or a request for findings of fact will not extend the time to perfect an accelerated appeal." *Id*.

In this case, the notice of appeal was due to be filed on September 19, 2018. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due on October 4, 2018. *See* TEX. R. APP. P. 26.3. Appellant did not file her notice of appeal until October 15, 2018, and it does not appear that she filed a motion for extension of time.

We, therefore, ordered appellant to show cause in writing on or before December 14, 2018 why this appeal should not be dismissed for lack of jurisdiction. We warned appellant that if she failed to respond within the time provided, the appeal will be dismissed. Appellant has not filed a response.

Accordingly, this appeal is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(c).

PER CURIAM